**Lonnie HALKMON, Appellant/Claimant,**

v.

**The BOEING COMPANY c/o Talk UCM Services, Inc., Respondent/Employer,**

and

**Division of Employment Security, Respondent.**

No. ED 92363.

Missouri Court of Appeals, Eastern District, Division Three.

Dec. 8, 2009.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 8, 2010.

Anthony Laramore, John J. Ammann, Saint Louis University Law Clinic, Saint Louis, MO, for Appellant.

Jeannie Desir Mitchell, Jefferson City, MO, for respondents.

Before GLENN A. NORTON, P.J., MARY K. HOFF, J., and LAWRENCE E. MOONEY, J.

**ORDER**

PER CURIAM.

Lonnie Halkmon, the claimant in this unemployment-compensation case, appeals from the decision of the Labor and Industrial Relations Commission, which held that Mr. Halkmon was disqualified from receiving unemployment benefits following his discharge from employment at The Boeing Company. A written opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(4) & (5).